Harold STUCKEY, Claimant–Appellant,

v.

Hershel W. GOBER, Acting Secretary of Veterans Affairs, Respondent–Appellee.

No. 00–7068.

United States Court of Appeals, Federal Circuit.

Jan. 9, 2001.

ORDER

DYK, Circuit Judge.

The Acting Secretary of Veterans Affairs moves without opposition to remand this case to the United States Court of Appeals for Veterans Claims for further proceedings consistent with the Veterans Claims Assistance Act of 2000, Pub.L. No. 106–475, 114 Stat. 2096.

Upon consideration thereof,

IT IS ORDERED THAT:

The Acting Secretary's motion to remand is granted.